UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY ANN HYDE,

    Plaintiff,

v.                                                                 Case No. 3:09-cv-413-J-25HTS

H & P CAPITAL, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

MARY ANN HYDE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, H & P CAPITAL, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:  /s/ Matthew W. Kiverts_____
       Matthew W. Kiverts
       FBN: 0013143
       KROHN & MOSS, LTD.
       120 W. Madison St., 10th Fl.
       Chicago, Illinois 60602
       T: (312) 578-9428 ext. 203
       F: (866) 802-0021
       mkiverts@consumerlawcenter.com
       *Attorney for Plaintiff*