UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MARY ANN HYDE,**

    Plaintiff,

v.                              CASE NO.    3:09-cv-413-J-25JRK

**H & P CAPITAL, INC.,**

    Defendant.

_____

**O R D E R**

Pursuant to Plaintiff's Notice (Dkt. 5) , it is

**ORDERED** that this action is **DISMISSED with prejudice**.  The Clerk is directed to close this case.

**DONE AND ORDERED** this 11th day of August, 2009.

                                        HENRY LEE ADAMS, JR.
                                        United States District Judge

Copies to:    Counsel of Record